AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Mitchell L. Hames | ) |
|---|---|
| *Petitioner* | ) |
| v. | ) Civil Action No.   4:20-cv-1576-MGL |
| Warden Trenton Correctional Institution | ) |
| *Respondent* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: This petition is dismissed with prejudice. A certificate of appealability is denied.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge who adopted the Report and Recommendation of Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   May 29, 2020                                                  *CLERK OF COURT*

                                                                      s/Debbie Stokes
                                                                      _____
                                                                      *Signature of Clerk or Deputy Clerk*